In the Matter of MILADIN DOBRIC, Appellant, v PARK LEN NORTH OWNER, INC., et al., Respondents.

Submitted September 6, 2011; decided November 17, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it.